[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 28, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-10350
Non-Argument Calendar

_____

D. C. Docket No. 07-60198-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEFFERY PERKINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(July 28, 2008)**

Before ANDERSON, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Robin Farnsworth, appointed counsel for Jeffrey Perkins, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent review of the record confirms counsel's conclusion that the record does not contain any potentially meritorious issues for appeal, we **GRANT** counsel's motion to withdraw and **AFFIRM** Perkins's conviction and sentence.